NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1151
(Serial No. 09/326,405)

IN RE DAVE B. LUNDAHL

William W. Cochran, Cochran Freund & Young LLC, of Fort Collins, Colorado, argued for appellant.  Of counsel was James R. Young.

Benjamin D.M. Wood, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office.  With him on the brief was William LaMarca, Associate Solicitor.  Of counsel was Sydney O. Johnson, Jr., Acting Solicitor.

Appealed from:  United States Patent and Trademark Office
                        Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1151
(Serial No. 09/326,405)

IN RE DAVE B. LUNDAHL

# Judgment

ON APPEAL from the    United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

in CASE NO(S). 09/326,405

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER and SCHALL, <u>Circuit Judges</u>, and ILLSTON, <u>District Judge</u>[*]).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>August 8, 2008</u>      <u>/s/ Jan Horbaly</u>
Jan Horbaly, Clerk

---

[*]    Honorable Susan Illston, District Judge, United States District Court for the Northern District of California, sitting by designation.